JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| TRAVARE MONROE GRANT, | ) | Case No. EDCV 15-101-CJC(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, et al., | ) | |
| Respondents. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: January 26, 2015

_____
Cormac J. Carney
United States District Judge